FILED ___ LODGED
RECEIVED ___ COPY
NOV 02 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Plaintiff(s)/Petitioner(s),
In re: Zicam Cold
vs. Remedy Marketing +
Sales Practices Litigation
Defendant(s)/Respondent(s)

CASE NO: MDL 09-02096-PHX-FJM

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)**

**NOTICE: $50.00 APPLICATION FEE REQUIRED!**

I, Thomas P. Thrash, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of Plaintiff, Mildred Thrasher.

CITY AND STATE OF PRINCIPAL RESIDENCE: Little Rock, Arkansas
FIRM NAME: Thrash Law Firm
ADDRESS: 1101 Garland Street   SUITE: ___
CITY: Little Rock   STATE: AR   ZIP: 72201
FIRM/BUSINESS PHONE: (501) 374-1058
FIRM FAX PHONE: (501) 374-2222   E-MAIL ADDRESS: tomthrash@sbcglobal.net

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| ① U.S District Court - Eastern + Western Dist. of Arkansas | 1980 | Yes / No* |
|  |  | Yes / No* |
| ② Ark. Supreme Court | 1980 | Yes / No* |

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
|  |  |  |
|  |  |  |

*EXPLAIN: _____

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
If you answer YES to either of the following questions, please explain all circumstances on a separate page.
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  Y/N  No
Have you ever been disbarred from practice in any Court?  No  Y/N

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c).

10/22/09
Date
Signature of Applicant

Fee Receipt # pxx090176

(Rev. 01/09)

# UNITED STATES DISTRICT COURT
## EASTERN AND WESTERN DISTRICTS OF ARKANSAS

### CERTIFICATE OF GOOD STANDING

I, James W. McCormack, Clerk of the United States District Court for the Eastern District of Arkansas, do hereby certify that _____Thomas P. Thrash_____, Bar Number ___80147___, was duly admitted to practice in said Court on __November 24, 1980__, and is in good standing as a member of the bar of said Court.

In testimony whereof, I hereunto set my hand and affix the Seal of said Court, at my office in Little Rock, Arkansas, this __28th__ day of __October__, 20_09_.

JAMES W. McCORMACK, CLERK

By: _Hallie Robinson_
                        Deputy Clerk