UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

FILED ___ LODGED
RECEIVED ___ COPY
DEC 21 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN RE: ZICAM COLD REMEDY         *      CASE NO: MDL 09-02096-FJM
MARKETING, SALES PRACTICES, AND  *
PRODUCTS LIABILITY LITIGATION    *

**Application of Attorney For Admission To Practice**
**Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)**

**NOTICE: $50.00 APPLICATION FEE REQUIRED!**
   I, <u>David J. Fulton</u>, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of <u>Becky Newman and Charles L. Newman</u>
CITY AND STATE OF PRINCIPAL RESIDENCE: <u>Chattanooga, TN</u>
FIRM NAME: <u>Scarborough, Fulton & Glass, PC</u>
ADDRESS: <u>701 Market Street</u>         SUITE: <u>1000</u>
CITY: <u>Chattanooga</u>                  STATE: <u>TN</u> ZIP: <u>37402</u>
FIRM BUSINESS PHONE: <u>(423) 648-1880</u>
FIRM FAX PHONE: <u>(423) 648-1881</u>   E-MAIL ADDRESS: <u>DJF@sfglegal.com</u>
I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| Eastern District of TN | March 29, 1979 | **Yes** / No* |
| | | Yes / No* |
| | | Yes / No* |

(All Original Certificate of Good Standing from a FEDERAL BAR in which a applicant has been admitted dated no more than *45* days prior to submission of this application is required.)
I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
| | | |

*EXPLAIN: _____
**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
If you answer YES to either of the following questions, please explain all circumstances on a separate page.
   Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   Y/N
   Have you ever been disbarred from practice in any Court?                                           Y/N
**I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct and will comply with LRCiv 83.1(c).**

<u>12-17-09</u>                    <u>/s/ David J. Fulton</u>
Date                              Signature of Applicant

**Fee Receipt #** _____

✎ (Rev. 3/01) Certificate of Good Standing

---

UNITED STATES DISTRICT COURT
**Eastern District of Tennessee**

**CERTIFICATE OF
GOOD STANDING**

*I, Patricia L. McNutt, Clerk of the Eastern District of*

*Tennessee, certify that*

*David J. Fulton*

*was duly admitted to practice in this Court*

*on 3/29/1979, and is in good standing as a member*

*of the Bar of this Court.*

Dated at <u>Chattanooga, TN</u> on <u>12/14/09</u>.

*Patricia L. McNutt, Clerk*

_____
Deputy Clerk