UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

IN RE: Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation

CASE NO: 2:09-md-02096-FJM

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)

# NOTICE:  $50.00 APPLICATION FEE REQUIRED!

I, __Charles S. Zimmerman__, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of __Plaintiffs' Ann Butera & William Lawson__.

**CITY AND STATE OF PRINCIPAL RESIDENCE:** Wayzata, Minnesota

**FIRM NAME:** Zimmerman Reed, P.L.L.P.

**ADDRESS:** 651 Nicollet Mall   **SUITE:** 501

**CITY:** Minneapolis   **STATE:** MN   **ZIP:** 55402

**FIRM/BUSINESS PHONE:** (612) 341-0400

**FIRM FAX PHONE:** (612) 341-0844   **E-MAIL ADDRESS:** Charles.Zimmerman@zimmreed.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| United States District Court, Minnesota | February 5, 1973 | Yes / No* |
| United States District Court, Colorado |  | Yes / No* |
| United States District Court, North Dakota |  | Yes / No* |

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
| 2:09-cv-01679-SRB | Butera v. Matrixx Initiatives, Inc., et al. | September 8, 2009 |
| 2:09-cv-01922-DKD | Lawson v. Matrixx Initiatives, Inc., et al. | October 20, 2009 |

*EXPLAIN: _____

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
If you answer YES to either of the following questions, please explain all circumstances on a separate page.
   Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?  Y/**N**
   Have you ever been disbarred from practice in any Court?   Y/**N**

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct, and will comply with LRCiv 83.1(c).

January 28, 2010                         s/ Charles S. Zimmerman
Date                                     Signature of Applicant
**Fee Receipt #** _____                           (Rev. 01/09)

## PRO HAC VICE APPLICATION: CHARLES S. ZIMMERMAN

### *ATTACHMENT

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING |
| --- | --- | --- |
| 3rd Circuit Court of Appeals | February 2, 1988 | Yes |
| 5th Circuit Court of Appeals | December 9, 1997 | Yes |
| 6th Circuit Court of Appeals | May 18, 1992 | Yes |
| 8th Circuit Court of Appeals | April 8, 1996 | Yes |
| United States Supreme Court | October 9, 2007 | Yes |
| Minnesota Supreme Court | October 20, 1972 | Yes |

# UNITED STATES DISTRICT COURT

### District of Minnesota

**CERTIFICATE OF
GOOD STANDING**

I, Richard D. Sletten, Clerk of this Court, certify that

Charles S. Zimmerman, Bar # 120054, was duly admitted

to practice in this Court on February 5, 1973, and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on January 28, 2010.


RICHARD D. SLETTEN, CLERK

_____
(By)        Deborah D. Bell, Deputy Clerk

Form Modified 12/30/03