1   ALAN J. LAZARUS (*pro hac vice*)
    alan.lazarus@dbr.com
2   KRISTA L. COSNER (*pro hac vice*)
    krista.cosner@dbr.com
3   DRINKER BIDDLE & REATH LLP
    50 Fremont Street, 20th Floor
4   San Francisco, CA  94105-2235
    Telephone:    (415) 591-7500
5   Facsimile:    (415) 591-7510

6   WILLIAM J. MALEDON (Atty #003670)
    wmaledon@omlaw.com
7   DAVID B. ROSENBAUM (Atty #009819)
    drosenbaum@omlaw.com
8   MARK P. HUMMELS (Atty #023283)
    mhummels@omlaw.com
9   ERICK S. OTTOSON (Atty #026970)
    eottoson@omlaw.com
10  OSBORN MALEDON P.A.
    2929 North Central Avenue, 21st Floor
11  Phoenix, Arizona 85012-2793
    Telephone:    (602) 640-9345
12  Facsimile:    (602) 640-6051

13  Attorneys for Defendants

14                  UNITED STATES DISTRICT COURT

15                  FOR THE DISTRICT OF ARIZONA

16

17  *IN RE: ZICAM COLD REMEDY*              Case No. 2:09-md-02096 FJM
    *MARKETING, SALES PRACTICES AND*
18  *PRODUCTS LIABILITY LITIGATION*         **STIPULATION REGARDING
                                            CHOICE OF  LAW RULES**
19  ────────────────────────────────
    THIS DOCUMENT RELATES TO:
20
    *Marilyn Adams, et al.*
21  C.A. No. 2: 09 cv 1529

22  ────────────────────────────────

23  *Marilyn Adams, et al.,*

24              Plaintiffs,

25  v.

    *Matrixx Initiatives, Inc., et al.*
26
                Defendants.
27

28

STIPULATION REGARDING CHOICE OF LAW
RULES                                       CASE NO. CASE NO. 2:09-CV-1529
SF01/ 669153.1

1        WHEREAS, the parties to this stipulation are as follows:

2        Plaintiffs are Marilyn Adams, Richard Alfonso, Brad Andrews, Brian Argo, Julie

3    Baker, Shabria Braziel, Phyllis Brooks, Dennis Burke, Judy Campbell, Cheryl

4    Carmichael, Debra Carvalho, Mike Conner, David Eldridge, Nancy K. Felder, Larry W.

5    Hymes, Jennifer Jordan, Ron Wesley Kendrick, Krystyna Lakawa-Staranski, Richard

6    Linzer, Vincent Mazzie, George McKee, Raphael Medina, Barbara Miller, Elizabeth

7    Nealis, John Sanderson, Catherine Sando, Carl Schnabl, Julie Seyler, Sharon Williams,

8    Dawn Zuidgeest-Craft. ("Plaintiffs").  Defendants are Matrixx Initiatives, Inc., Zicam,

9    LLC, and Botanical Laboratories, Inc. ("Defendants");

10       WHEREAS, these 30 Plaintiffs and 87 others filed this personal injury action on

11   June 22, 2009, in the Superior Court of the State of Arizona, Maricopa County, Case No.

12   CV2009-020301, against Defendants alleging statutory and common law claims arising

13   from the marketing and sale of Zicam® Cold Remedy nasal gel ("Zicam® Cold

14   Remedy"), which are over-the-counter, homeopathic, cold remedies.  Defendants removed

15   this action to this court, Case No 2:09-cv-1529, on grounds of federal diversity on July 23,

16   2009[1] and this action was consolidated with MDL No. 2096 *In re Zicam Cold Remedy*

17   *Marketing Sales Practices and Products Liability Litigation* on January 6, 2010;

18       WHEREAS, these 30 Plaintiffs also filed a personal injury action on August 20,

19   2009 in the Superior Court of the State of Washington, Whatcom County, Case No. 09-2-

20   02294-8 against Defendant Botanical Laboratories, Inc. alleging statutory and common

21   law claims arising from the marketing and sale of Zicam® Cold Remedy;

22       WHEREAS, these two actions involve similar predicate factual allegations and

23   overlapping claims for relief[2] against Defendant Botanical Laboratories, Inc.;

24
     _____
25   [1] This case was removed pursuant to 28 U.S.C. §§ 1332(d)(11) as a mass action under the
     Class Action Fairness Act of 2005.

26   [2] Though there are some common questions, Defendants do not contend, and will dispute,
     that common questions of law and fact predominate for purposes of Fed. R. Civ. P.
27   23(b)(3) in any case.

28

STIPULATION REGARDING CHOICE OF LAW
RULES                                    - 2 -              CASE NO. CASE NO. 2:09-CV-1529
SF01/ 669153.1

1    WHEREAS, the Parties to this Stipulation agree that pursuing these claims in a

2 single venue advances the goals of economy and efficiency for the judiciary, parties and

3 their counsel;

4    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

5 that:

6    (1)    These Plaintiffs will voluntarily dismiss without prejudice their lawsuit filed

7 in Whatcom County, Washington, Case No. Case No. 09-2-02294-8 and proceed with

8 their claims solely before this Court in Case No 2:09-cv-1529 in MDL No. 2096; and (2)

9 the choice of law rules of Washington state shall apply to any issue in this matter

10 involving Plaintiffs that requires a choice of law analysis including but not limited to

11 whether these Plaintiffs' claims were timely filed.

12    **IT IS SO STIPULATED:**
Dated:  February 10, 2010

13                                          s/ Michelle Wan (with permission)
                                           Michelle Wan
14                                         THOMAS & WAN, LLP
                                           1710 Sunset Blvd.
15                                         Houston, TX 77005

16                                         Attorney for Plaintiffs
Dated:  February 10, 2010
17
                                           s/ Krista L. Cosner
18                                         Krista L. Cosner
                                           DRINKER BIDDLE & REATH LLP
19                                         50 Fremont Street, 20th Floor
                                           San Francisco, CA  94105-2235
20
                                           Attorney for Defendants
21

22

23

24

25

26

27

28

STIPULATION REGARDING CHOICE OF LAW
RULES                                    - 3 -                CASE NO. CASE NO. 2:09-CV-1529
SF01/ 669153.1

1

**CERTIFICATE OF SERVICE**

2

I do certify that on February 10, 2010, I electronically transmitted the attached

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

- **Alan J. Lazarus**
  alan.lazarus@dbr.com

6

7

- **Andrew S. Friedman**
  afriedman@bffb.com, ngerminaro@bffb.com, rcreech@bffb.com

8

- **Andrew S. Goldwasser**
  asg@c-g-law.com

9

10

- **Anthony Y.K. Kim**
  AYKK@gogaliher.com

11

- **Blake C. Erskine**
  blakee@erskine-mcmahon.com

12

13

- **Brandee L. Strothers**
  bls@birdlawgroup.com, bethtyson@birdlawgroup.com

14

- **Carrie M. Dunn**
  cmd@c-g-law.com

15

16

- **Chad F. Newman**
  chadn@erskine-mcmahon.com

17

- **Charles S. Zimmerman**
  charles.zimmerman@zimmreed.com

18

19

- **David B. Rosenbaum**
  drosenbaum@omlaw.com, ecfdc@omlaw.com, kdourlein@omlaw.com

20

- **David J. Fulton**
  djf@sfglegal.com

21

22

- **David M. Hendricks**
  dhendricks@rpwb.com, iarsova@rpwb.com

23

- **Dewitt M. Lovelace**
  dml@lovelacelaw.com

24

25

- **Diane T. Ono**
  DTO@gogaliher.com

26

27

- **Elaine Ann Ryan**
  eryan@bffb.com, pjohnson@bffb.com

28

- **Francis Joseph Balint, Jr**
  fbalint@bffb.com, dmoy@bffb.com, rcreech@bffb.com

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF01/ 672847.1

CERTIFICATE OF SERVICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- **Franklin M. Huggins**
  devinh@erskine-mcmahon.com

- **G. Christopher Olson**
  gco@m-j.com

- **Gary O. Galiher**
  gog@gogaliher.com

- **Gregory B. Scarlett**
  gscarlett@wcclaw.com, shouse@wcclaw.com

- **Hart Lawrence Robinovitch**
  hlr@zimmreed.com, az.clerk@zimmreed.com,
  hart.robinovitch@zimmreed.com, sab@zimmreed.com

- **Howard M. Bushman**
  hbushman@harkeclasby.com

- **Ilana K. Waxman**
  IKW@gogaliher.com

- **Jefferson Richard Hayden**
  jhayden@swlaw.com, ctassielli@swlaw.com, jperske@swlaw.com

- **Jeffrey M. Norton**
  jnorton@hfesq.com

- **Jeffrey M. Thomas**
  jthomas@gordontilden.com

- **Jeffrey T. Ono**
  JTO@gogaliher.com

- **Jessica R. Torbin**
  jtorbin@swlaw.com

- **John W. Crongeyer**
  jwc@birdlawgroup.com, jcrongeyer@vclawfirm.com

- **John W. Don Barrett**
  dbarrett@barrettlawoffice.com

- **Joseph H. Rogers, III**
  jrogers@millerdollarhide.com

- **Joseph P.H. Babington**
  jpb@helmsinglaw.com

- **Kathleen McCaffrey**
  Kathleen@PLBLaw.com, JimmyRoam@PLBLaw.com

- **Kevin E. Lucey**
  klucey22@yahoo.com

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF01/ 672847.1

- 2 -

CERTIFICATE OF SERVICE

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- **Kimberly Keevers Palmer**
  kkeevers@rpwb.com, smosley@rpwb.com

- **Krista L. Cosner**
  krista.cosner@dbr.com, alldrila@dbr.com, daniele.proano@dbr.com

- **L. Richard DeRobertis**
  rd@gogaliher.com, rd@gogaliher.com

- **Lance A. Harke**
  lharke@harkeclasby.com

- **Laureen Furey Bagley**
  lbagley@sloanfirm.com, cmartinez@sloanfirm.com,
  rfeazell@sloanfirm.com

- **Lee A. Mickus**
  lmickus@swlaw.com

- **Lee Tarte Wallace**
  lee@thewallacelawfirm.com, lee.wallace@mindspring.com

- **M. Raymond Hatcher**
  rhatcher@sloanfirm.com

- **Madeleine M. McDonough**
  mmcdonough@shb.com

- **Marc David Grossman**
  mgrossman@thesandersfirm.com

- **Mark C. Goldenberg**
  mark@ghalaw.com

- **Melissa M. Harnett**
  mharnett@wcclaw.com, shouse@wcclaw.com

- **Michael J. Brickman**
  mbrickman@rpwb.com

- **Michael Lewis Beckman**
  michael@vilesandbeckman.com

- **Patricia Nicole Syverson**
  psyverson@bffb.com

- **Paul J. Giancola**
  pgiancola@swlaw.com, docket@swlaw.com, pcwarner@swlaw.com

- **Phillip A. Ciano**
  pac@c-g-law.com

- **Robert A. Crawford, Jr**
  racrawford@kslnlaw.com

SF01/ 672847.1                                             - 3 -

CERTIFICATE OF SERVICE

1

- **Robert Kirtley Finnell**
  bob@finnellfirm.com

2

- **Seth Eric Miles**
  sem@grossmanroth.com

3

4

- **Stacy K. Hauer**
  Stacy.Hauer@zimmreed.com

5

- **Stephen I. Leshner**
  steve@steveleshner.com, tpuckett@steveleshner.com

6

7

- **Thomas P. Rosenfeld**
  tom@ghalaw.com

8

- **Thomas P. Thrash**
  tomthrash@sbcglobal.net

9

10

- **Timothy J. Becker**
  tjb@zimmreed.com

11

- **Walter Lee Gresham, III**
  lee@hgdlawfirm.com, lmwilliams@hgdlawfirm.com

12

13

- **Walter McBrayer Wood**
  wmw@m-j.com

14

- **William Q. Bird**
  wqb@birdlawgroup.com

15

16    I hereby certify that on February 10, 2010 I served the attached document by U.S.

17  Mail on the following, who are not registered participants of the CM/ECF System:

18

- **A. Bernard Bays**
  **Adrian L. Lavarias**
  **Ryan H. Engle**
  Bays Deaver Lung Rose & Holma
  Alii Place
  1099 Alakea St, 16th Floor
  Honolulu, HI 96813

19

20

21

22

- **Aaron Ross Walner**
  Walner Law Firm Ltd
  150 N Wacker Dr, Ste 2150
  Chicago, IL 60606-1675

23

24

25

- **Alyson B. Jones**
  Butler Snow OMara Stevens & Cannada
  PO Box 22567
  Jackson, MS 39225-2567

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF01/ 672847.1                                  - 4 -

CERTIFICATE OF SERVICE

1

2

3

4

- **Amanda M. Cialkowski**
  **Jan R. McLean Bernier**
  **Scott A. Smith**
  Halleland Lewis Nilan & Johnson PA
  120 S 6th St, Ste 400
  Minneapolis, MN 55402

- **Amy Sherry Fischer**
  **Larry D. Ottaway**
  Foliart Huff Ottaway & Bottom
  201 Robert S Kerr Ave, 12th Fl
  Oklahoma City, OK 73102

- **Andrew L. Davick**
  Meshbesher & Spence Ltd
  416 S Broadway
  Rochester, MN 55904

- **Anthony J. Nemo**
  Meshbesher & Spence, Ltd
  1616 Park Ave S
  Minneapolis, MN 55404

- **Barry L. Davis**
  **Christine Saidi**
  **Jennifer A. Cosgrove**
  Thornton Davis & Fein
  Brickell Bay View Centre
  80 SW 8th St, Ste 2900
  Miami, FL 33130

- **Brian A. Calandra**
  Mazur & Kittel
  30665 Northwestern Hwy, Ste 175
  Farmington Hills, MI 48334

- **Brian Patrick Johnson**
  **Raphael Charles Taylor**
  Johnson Spalding Doyle West & Trent
  919 Milam St, Ste 1700
  Houston, TX 77002

- **Bruce D. Fox**
  **John A. Willis**
  Fox & Farley
  310 N Main St
  Clinton, TN 37716

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF01/ 672847.1

- 5 -

CERTIFICATE OF SERVICE

- **Craig K. Vernon**
  James Vernon & Weeks
  1626 Lincoln Way
  Coeur d'Alene, ID 83814[1]

- **David C. Griffin**
  **John W. Griffin, Jr**
  Marek Griffin et al
  203 N Liberty St
  Victoria, TX 77901

- **Douglas E. Chaves**
  Chaves Resendez et al
  802 N Carancahua, Ste 2100
  Corpus Christi, TX 78470

- **Edward E. Taber**
  Tucker Ellis & West
  1150 Huntington Bldg
  925 Euclid Ave
  Cleveland, OH 44115-1475

- **Erick Sean Ottoson**
  **Mark P. Hummels**
  **William J. Maledon**
  Osborn Maledon PA
  2929 North Central Avenue
  Twenty-First Floor
  Phoenix, AZ  85012-2793

- **Gary S. Parsons**
  Troutman Sanders LLP
  PO Box 1389
  Raleigh, NC 27602

- **Gregory E. Glass**
  Scarborough Fulton & Glass
  701 Market St, Ste 1000
  Chattanooga, TN 37402

- **Harold M. Hewell**
  Hewell Law Firm
  105 W F St, Ste 213
  San Diego, CA 92101

---

- [1] **Address on ECF System in USDC AZ,** 1875 N Lakewood Dr, Ste 200, Coeur d'Alene, ID 83814

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF01/ 672847.1

- 6 -

CERTIFICATE OF SERVICE

1

2

3

- **Holly M. Polglase**
  **Molly E. Meacham**
  Campbell Campbell Edwards & Conroy PC
  1 Constitution Plaza, 3rd Floor
  Boston, MA 02129

4

5

- **James T. Foley**
  Foley Law Group LLC
  580 Oakmont Ln
  Westmont, IL 60559

6

7

8

- **Jeffrey Mitchel Kimmel**
  Salenger Sack Schwartz & Kimmel LLP
  233 Broadway, Ste 950
  New York, NY 10279

9

10

- **Jeremy Daniel Friedman**
  Downs Brill Whiteland & Sage
  55 Miracle Mile, Ste 200
  Coral Gables, FL 33134

11

12

13

- **John Alan Jones**
  Martin & Jones
  The Creamery
  410 Glenwood Ave, Ste 200
  Raleigh, NC 27603

14

15

16

- **John G. Rigney**
  Troutman Sanders
  Bank of America Plaza
  600 Peachtree St NE, Ste 5200
  Atlanta, GA 30308-2216

17

18

19

20

- **John P. Nefflen**
  **Kerry M. Ewald**
  **Thomas M. Donnell, Jr**
  Dickinson Wright PLLC (Nashville)
  424 Church St, Ste 1401
  Nashville, TN 37219-2392

21

22

23

- **John T. Murray**
  **Leslie O. Murray**
  Murray & Murray
  111 E Shoreline Dr
  Sandusky, OH 44870-2517

24

25

- **Jonathan Gdanski**
  Sheldon J. Schlesinger PA
  1212 SE 3rd Ave
  Ft Lauderdale, FL 33316

26

27

28

- **Joseph A. Kronawitter**
  Horn Aylward & Bandy LLC
  2600 Grand Blvd, Ste 1100
  Kansas City, MO 64108

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF01/ 672847.1                                                      - 7 -

CERTIFICATE OF SERVICE

1

2

- **Joseph R. McMahon, III**
  110 Ridgelake Dr
  Metairie, LA 70001

3

4

- **Judi Abbott Curry**
  Harris Beach LLP
  100 Wall St, 23rd Floor
  New York, NY 10005

5

6

7

8

- **Keely E. Duke**
  **Noah Grant Hillen**
  **Richard E. Hall**
  Hall Farley Oberrecht & Blanton
  PO Box 1271
  Boise, ID 83701-1271

9

10

- **Lyn Peeples Pruitt**
  Mitchell Williams Selig Gates & Woodyard PLLC
  425 W Capitol Ave, Ste 1800
  Little Rock, AR 72201

11

12

13

- **Manuel Leon Dobrinsky**
  Freidin & Dobrinsky PA
  2 S Biscayne Blvd, Ste 3100
  Miami, FL 33131

14

15

- **Mary Anne S. Rayburn**
  Martin Bischoff Templeton Langslet & Hoffman
  888 SW 5th Ave, Ste 900
  Portland, OR 97204

16

17

18

- **Robert Christopher Bunt**
  Parker Bunt & Ainsworth PC
  100 E Ferguson, Ste 1114
  Tyler, TX 75702

19

20

- **Russell Crandle Buffkin**
  Helmsing Leach Herlong Newman Rouse PC
  PO Box 2767
  Mobile, AL 36652-2767

21

22

23

- **Samuel Goldblatt**
  Nixon Peabody LLP
  Key Towers at Fountain Plaza
  40 Fountain Plaza, Ste 500
  Buffalo, NY 14202

24

25

26

- **Sarah Clasby Engel**
  Harke & Clasby
  155 S Miami Ave, Ste 600
  Miami, FL 33130

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF01/ 672847.1

- 8 -

CERTIFICATE OF SERVICE

1

- **William L. Bross, IV**
  **William Lewis Garrison, Jr**
  Heninger Garrison Davis LLC
  PO Box 11310
  Birmingham, AL 35202-1310

2

3

4

5

/s/ Lee Ann L. Alldridge

6

Lee Ann L. Alldridge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF01/ 672847.1

- 9 -

CERTIFICATE OF SERVICE