**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: ZICAM COLD REMEDY MARKETING AND SALES PRACTICES LITIGATION | MDL Docket No. 2:09-md-2096-FJM |
| | ORDER APPOINTING SETTLEMENT JUDGE |
| THIS DOCUMENT RELATES TO: All Cases | |

Upon stipulation of the parties and pursuant to LRCiv. 72.2(a)(5), the Court hereby appoints Magistrate Judge David K. Duncan to conduct such in-person and telephonic settlement conferences as he may deem appropriate to assist the parties in negotiating one or more settlements of the claims presented in the actions that are consolidated for pretrial purposes in this MDL action. This appointment is limited to the conduct of settlement discussions, not for the determination of any disputed factual or legal matters.

The parties are reminded of the provision of LRCiv. 83.10 that "[a]lternative dispute resolution shall not be offered as a reason to delay the processing of the case as established in the Rule 16 scheduling order."

Dated this 19th day of April, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge

MDL DOCKET NO. 09-2096-FJM