**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES - GENERAL**

Phoenix Division

**Case No.**  MD 09-2096-PHX-FJM      DATE:   5/17/2010

Title:  In Re: Zicam Cold Remedy Marketing, Sales Practices, and Products
        Liability Litigation

===============================================================================

HON:   David K. Duncan                Judge #70BL/DKD

       M. Morgan                      Not Recorded
       Deputy Clerk                   Recorded

**APPEARANCES:**
Elaine Ryan and Tom Rosenfeld for the Economic Injury plaintiffs.
Ken Seeger, Bucky Zimmerman, Richard Arsenault, Joe Saunders and Howard Bushman
for the Personal Injury plaintiffs.
Paul Giancola, Alan Lazarus and David Rosenbaum for the defendants.

===============================================================================
**PROCEEDINGS:**       X    Open Court          Chambers          Other

Settlement Conference held and adjourned until further proceedings scheduled
for 6/3/2010 at 9:00 AM.

Total time: 4 Hrs, 45 mins