IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE ZICAM COLD REMEDY MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>Marje Cochran,<br>C.A. No. 2:10-1581<br><br>Marje Cochran<br>       Plaintiff(s),<br>v.<br>Matrixx Initiatives, Inc., et al.,<br>       Defendant(s) | **MDL Docket No. 09-2096-FJM**<br><br><br><br>**NOTICE** |

**IN THE ABOVE MATTER,** you are advised that the case listed above has been reassigned to Judge Frederick J. Martone and is now consolidated with and part of **MDL No. 2096** pursuant to Transfer Order filed August 17, 2010.  Therefore, future pleadings pertaining to the above case will be filed in **MDL-No. 2096,** The title page of these documents should be prepared as shown above.

August 17, 2010                                       RICHARD H. WEARE
      Date                                                        DCE/Clerk

                                                                   s/M. Pruneau
                                                                  Deputy Clerk