UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

IN RE: ZICAM COLD REMEDY MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

CASE No.: 2:09-md-02096 FJM

THIS DOCUMENT RELATES TO:
Virginia Bell v. Matrixx Initiatives, et al
Case Number: 2:10-cv-01605

### RULE 26(a) DISCLOSURE

COMES NOW the Plaintiff, by and through counsel, and submits her Rule 26(a) initial disclosures in this cause.

1) The name and, if known, the address and telephone number of each individual likely to have discoverable information - along with the subjects of that information - that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

**RESPONSE:** The following individuals are likely to have discoverable information that the Plaintiff may use to support her claims:

1) **Virginia Bell** - 1261 Oak Lake Cove, Collierville, TN 38017; (901)861-6859; Ms. Bell is the Plaintiff in this lawsuit and has information pertaining to her use of the product and the damages it caused.

2) **Charles Bell** - 1261 Oak Lake Cove, Collierville, TN 38017; (901)861-6859; Mr. Bell is the spouse of the Plaintiff and has information pertaining to the Plaintiff's use of the product and the damages it caused.

3) **Dr. Neal Beckford** - 7675 Wolf River Cir., Suite 202, Germantown, TN 38138; (901)737-3021; Dr. Beckford treated the Plaintiff for the conditions which form the basis of this lawsuit.

4) **Doctors, nurses and staff at Baptist Hospital - Collierville** - 1500 West Poplar Ave., Collierville, TN 38017; (901)861-9000; The Doctors nurses and staff at Baptist Hospital in Collierville treated the Plaintiff for the conditions which form the basis of this lawsuit.

5) **Dr. Dwayne Findley** - 126 US Highway 72 E., Collierville, TN 38017; (901)507-7007; Dr. Findley treated the Plaintiff for the conditions which form the basis of this lawsuit.

2) A copy - or a description by category and location - of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;

**RESPONSE:** The documents, electronically stored information and tangible things in Plaintiffs possession, custody, or control which support her claims are as follows:

1) One open "twin pack" of Zicam No-drip Liquid Nasal Gel containing one unopened bottle of same.

2) Medical records of Virginia Bell

    (a) Family Medical Group - Dr. Findley

    (b) Baptist Hospital - Collierville

    (c) Otolaryngology Associates of the MidSouth - Dr. Beckford

3) A computation of each category of damages claimed by the disclosing party - who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered;

**RESPONSE:** The Plaintiff was billed $3934.70 for MRI and CT Scan on December 28, 2007. Additional billing records have been requested but not received as of this date. This

response will be supplemented. Additionally, the Plaintiff is seeking a yet undetermined amount of damages related to pain and suffering, both past and future, and for the permanent damage she has incurred, both past and future.

    4)    For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE**: The Plaintiff has nothing applicable to this request.

    Respectfully submitted,

    **DEAL, COOPER & HOLTON, PLLC.**

    /s/ John R. Holton
    JOHN R. HOLTON (27312)
    BERRY COOPER (13196)
    296 Washington Avenue
    Memphis, TN 38103
    901-523-2222