**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation. | No. 09-md-2096-PHX-FJM |
| | **ORDER** |
| THIS DOCUMENT RELATES TO: | |
| All actions. | |

The court has before it the parties' "Stipulation to be Bound by Protective Order Regarding Confidentiality for Discovery Material Produced by Non-Party Subpoena Recipient WRB Communications, Inc." (doc. 868). Our Protective Order Regarding Confidentiality allows any non-party to "subscribe to the terms and protections of this Protective Order by designating Discovery Materials that the non-party is producing" (doc. 136).

Therefore, **IT IS ORDERED GRANTING** the stipulation to bind WRB Communications, Inc.'s material produced in MDL No. 09-md-2096-PHX-FJM (doc. 868).

DATED this 14th day of October, 2010.

_Frederick J. Martone_

Frederick J. Martone
United States District Judge