**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation.<br><br>THIS DOCUMENT RELATES TO:<br><br>All actions. | No. 09-md-2096-PHX-FJM<br><br>**ORDER** |

    The court has before it the defendants' "Notice of Entry of Order and Request for Order to Coordinate California State Court Cases with MDL No. 2096" (doc. 871). No response has been received. The defendants state that on September 13, 2010, the Superior Court of California in San Francisco County entered an order regarding coordination of the California actions with this MDL. The defendants now request that we "enter" the California court's order.

    While we encourage the parties to coordinate discovery in actions pending in other jurisdictions with the proceedings in the MDL, we do not enter orders in other courts. We therefore express no opinion about the procedures used in the California action, over which we, of course, have no jurisdiction. Similarly, the California order has no effect on the parties' obligations in this MDL, as set forth in our case management orders.

/ / /

1    Nevertheless, without objections, we have no objection to the parties' stipulation to
2 allow the state parties to participate in discovery in this case.
3    DATED this 14th day of October, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge