**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation | No. 09-md-2096-PHX-FJM |
| | **ORDER** |
| This document relates to: | |
| Charlene Gardner and Lois Hobbs v. Matrixx Initiatives, Inc., et al. | |
| CV-10-0787-PHX-FJM | |

The court has before it the parties' "Stipulation for Voluntary Dismissal With Prejudice as to Plaintiff Lois Hobbs" (doc. 1125). Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., plaintiff may dismiss an action by filing a stipulation of dismissal signed by all parties who have appeared. Further, the parties may stipulate that the dismissal be with prejudice. Fed. R. Civ. P. 41(a)(1)(B).

Therefore, **IT IS ORDERED GRANTING** the parties' stipulation for dismissal (doc. 1125). **IT IS ORDERED** that the complaint is dismissed with prejudice as to plaintiff Lois Hobbs, each party to bear its own costs and attorneys' fees. All the claims of all the parties in CV-10-0787-PHX-FJM having been dismissed with prejudice, this action is terminated.

DATED this 16th day of November, 2010.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge