1   **WO**

2

3

4

5                              **NOT FOR PUBLICATION**

6                   IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9   In Re Zicam Cold Remedy Marketing,)      No. MDL 09-2096-PHX-FJM
    Sales Practices, and Products Liability)
10  Litigation.                           )   **ORDER**
                                          )
    _____)
11                                        )
    This document relates to:             )
12                                        )
    Christopher Vance v. Matrixx Initiatives,)
13  Inc. et al.                           )
    10-cv-1637-PHX-FJM                    )
14                                        )
    _____)
15

16

17          The court has before it a motion from lawyers Christopher L. Schnieders and Thomas

18  P. Cartmell to withdraw as counsel for plaintiff Christopher Vance (doc. 1051).  Plaintiff has

19  not responded.  No trial date has been set.

20          Counsel's motion is accompanied by certification that counsel notified plaintiff in

21  writing of the status of his case, and included information about orders and deadlines.  See

22  LRCiv 83.3(b)(2).  Counsel made many attempts to contact plaintiff regarding the urgent

23  need to comply with defendants' discovery requests: (1) counsel emailed plaintiff to warn

24  him that his case might be in jeopardy if he did not respond to several questions; (2) counsel

25  wrote plaintiff about the need to respond to defendants' Special Interrogatories and Requests

26  for Admission; (3) counsel sent a letter via Federal Express indicating that the responses

27  were seriously past due; and finally (4) counsel sent another letter via both Federal Express

28  and Certified Mail warning plaintiff that if he did not respond within three days, counsel

1  would withdraw and his case would likely be dismissed.  Motion to Withdraw, ex. A.

2  Counsel then sent plaintiff a letter informing him that they were seeking permission to

3  withdraw.  Id., ex. B.

4        Counsel have demonstrated that they made every reasonable effort to contact plaintiff.

5  Counsels' communications clearly outlined the urgency and importance of plaintiff's

6  obligations in this litigation.  Plaintiff has been non-responsive.  Therefore, there is good

7  cause for withdrawal.  See ER 1.16(c).

8        We urge plaintiff to read this order and seek the aid of a lawyer.

9        **IT IS ORDERED GRANTING** the motion to withdraw as counsel for plaintiff

10  Christopher Vance (doc. 1051).  All future notice to plaintiff Christopher Vance shall be to

11  the address listed in the motion.

12        DATED this 19th day of November, 2010.

14  _Frederick J. Martone_

15  Frederick J. Martone
United States District Judge

- 2 -