**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation | No. 09-md-2096-PHX-FJM |
| | **ORDER** |
| This document relates to: | |
| Sharon Davis, et al., v. Matrixx Initiatives, Inc., et al. | |
| No. CV-10-0164-PHX-FJM | |

The court has before it the parties' "Joint Stipulation for Dismissal of Plaintiffs' Claims with Prejudice" (doc. 1233). This is a purported class action, but plaintiffs never moved for certification. We therefore may dismiss the action without notice or a hearing. See Fed. R. Civ. P. 23(e). Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., plaintiffs may dismiss an action by filing a stipulation of dismissal signed by all parties who have appeared. Further, the parties may stipulate that the dismissal be with prejudice. Fed. R. Civ. P. 41(a)(1)(B).

Therefore, **IT IS ORDERED GRANTING** the parties' stipulation for dismissal (doc. 1233). **IT IS ORDERED** that this action is dismissed in its entirety and the claims of each named plaintiff are dismissed with prejudice, each party to bear its own costs and attorneys'

1  fees. All the claims of all the parties in CV-10-0164-PHX-FJM having been dismissed with
2  prejudice, this action is terminated.
3      DATED this 9th day of December, 2010.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge