**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation. | No. 09-md-2096-PHX-FJM |
| THIS DOCUMENT RELATES TO: All Personal Injury Actions. | **ORDER** |

The court has before it the parties' "Stipulation re Motion to Strike Amended Report and Additional Opinions of Steven Pike, M.D." (doc. 1127). Because we granted an extension of the Daubert briefing schedule as to all Daubert motions, (doc. 1175), this stipulation is moot.

Therefore, **IT IS ORDERED DENYING** the parties' stipulation as moot (doc. 1127).

DATED this 2nd day of February, 2011.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge