**WO**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation. | No. 09-md-2096-PHX-FJM |
| | **ORDER** |
| THIS DOCUMENT RELATES TO: | |
| All Economic Injury Actions. | |

The court has before it "Plaintiffs' Unopposed Motion for Certification and Final Approval of Settlement Class" (doc. 999).

On March 14, 2011, we certified a settlement class. See Order Certifying Settlement Class and Preliminarily Approving Settlement (doc. 1372). Therefore, **IT IS ORDERED DENYING** plaintiffs' motion for certification on grounds of mootness(doc. 999).

DATED this 18th day of March, 2011.

Frederick J. Martone
United States District Judge