**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation. <br><br> This document relates to: <br><br> Nicolin Dedecker v. Matrixx Initiatives, Inc. et al. <br> 11-cv-0041-PHX-FJM | No. MDL 09-2096-PHX-FJM <br><br> **ORDER** |

The court has before it a motion from lawyers Christopher L. Schnieders and Thomas P. Cartmell to withdraw as counsel for plaintiff Nicolin Dedecker (doc. 1350), counsel's supplemental exhibit (doc. 1392), and counsel's amended certificate of service (doc. 1393). Plaintiff has not responded. No trial date has been set.

Mr. Schneiders and Mr. Cartmell's motion is accompanied by certification that counsel notified plaintiff in writing of the status of her case, and included information about orders and deadlines. See LRCiv 83.3(b)(2). Counsel made several attempts to contact plaintiff regarding the need to comply with defendants' discovery requests and the potential settlement of her case. See Motion to Withdraw, ex. 1; Supplemental Exhibit, ex. A. Counsel have demonstrated that they made reasonable efforts to contact plaintiff. Counsels' communications outlined the urgency and importance of plaintiff's obligations in this litigation. Plaintiff has been non-responsive. Therefore, there is good cause for withdrawal. See ER 1.16.

We urge plaintiff to read this order and seek the aid of a lawyer.

**IT IS ORDERED GRANTING** the motion to withdraw as counsel for plaintiff Nicolin Dedecker (doc. 1350). All future notice to plaintiff Nicolin Dedecker shall be to the address listed in the motion.

DATED this 25th day of March, 2011.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge