**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re Zicam Cold Remedy Marketing, Sales Practices, and Products Liability Litigation.<br><br>This document relates to:<br><br>All actions. | No. 09-md-2096-PHX-FJM<br><br>**ORDER** |

The court has before it Responses from lead counsel for the personal injury plaintiffs (doc. 1461) and economic injury plaintiffs (doc. 1462), to our order of May 5, 2011 (doc. 1452), issued in response to a letter from Mr. Jason Johnson (doc. 1444), in which he described problems he had in working with the firm of Wagstaff & Cartmell.

Lead counsel for the personal injury plaintiffs asserts that lawyers from Wagstaff & Cartmell identified Mr. Johnson as a possible claimant for purposes of the Zicam Master Settlement Agreement. Following several communications, Wagstaff & Cartmell indicated to lead counsel that Mr. Johnson did not want to participate in the settlement program. Lead counsel for the economic injury plaintiffs states that Mr. Johnson is not a class representative in any economic injury class action, and that any personal injury allegations would exclude Mr. Johnson from the economic injury settlement class.

Mr. Johnson is not a party to the MDL or any action before this court. Mr. Johnson asks that we "advise" him as to how to move forward with his claims, but the court cannot

provide legal counsel. If Mr. Johnson is aggrieved by his representation, he should seek the aid of a lawyer.

**IT IS ORDERED** that the clerk shall send Jason Johnson copies of this order, our Order of May 5, 2011 (doc. 1452), and lead counsel's Responses (docs. 1461 & 1462).

DATED this 20th day of May, 2011.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge